IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00164-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JONATHAN MITCHELL GOODWIN (2), ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of counsel for the defendant to be excused from the status conference on November 27, 2017. (Doc. No. 76).

Counsel states that he expects the defendant to enter a straight-up plea and that he is scheduled to be in state court on proceedings related to a first degree murder case. Therefore, the Court finds that counsel has stated sufficient cause to be excused from the status conference.

**IT IS, THEREFORE, ORDERED** that counsel's motion, (Doc. No. 76), is **GRANTED**, provided that counsel appear for trial as directed during the December 2017 term, if necessary.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 21, 2017

Robert J. Conrad, Jr.
United States District Judge